UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANDRE JONES,<br><br>Defendant. | Case No. 1:16-cv-01695-RJL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, the United States Securities and Exchange Commission (the "Commission") hereby files its Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in support thereof states:

1. This case was commenced on August 19, 2016 with the Commission's filing of the complaint, a consent judgment, and a proposed final judgment.

2. The court ordered a status conference on September 28, 2016, for which the defendant did not appear.

3. The Commission intends to seasonably refile this action in the Federal District Court for the Central District of California, Western Division, where many of the predicate acts occurred, and where counsel for the Defendant that negotiated the consent has recently represented that he can appear for any court ordered conferences and hearings.

4. The court docket in this case shows that the criteria stated in Fed. R.Civ. P. 41(a)(1)(A)(i) for dismissal without a court order are present here. Specifically, the defendant in this case has not filed an answer or a motion for summary judgment. This case is neither a class

action nor a derivative action. It does not relate to an unincorporated association, and it does not involve a receiver. The Commission has not previously dismissed any federal or state court action based on or including any of the claims brought in this case.

Dated January 13, 2017

Respectfully submitted,

Christopher G. Margand (DC Bar #433703)
    Senior Counsel
Scott W. Friestad
    Associate Director
David Frohlich (DC Bar # 425928)
    Assistant Director
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5030
Tel. (202) 551-4556 (Direct)
margandc@sec.gov

Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on January 13, 2017, I sent a copy of the foregoing Notice of Dismissal, which was filed through the ECF system to the following, via overnight delivery service.

Andrew B. Holmes
Holmes, Taylor & Jones LLP
The Oviatt Building
617 South Olive Street
Suite 1200
Los Angeles, CA 90014

Michael Andre Jones
6530 67th Place NE
Marysville, WA 98270

_____
Christopher G. Margand